HONORABLE: _____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

USPO _____ INTERPRETER _____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME: _____

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG

☐ IA- RULE 5   ☐ DETENTION HRG   ☐ WAIVER/PLEA HRG   COMPETENCY HRG

☐ ARRAIGNMENT   ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   FORFEITURE

☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF   MOTION HRG

CRIMINAL NO._____ DEFT # _____   _____

AUSA

### UNITED STATES OF AMERICA
vs

_____
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

☐ .......Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐ Bond FORFEITED

☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____

☐ ...... CJA 23 Financial Affidavit filed ☐under seal

☐ ...... Order Appointing Federal Public Defender's Office filed

☐ ...... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐all proceedings

☐ ...... Appearance of _____ filed

☐ ...... ☐Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed

☐ ...... ☐Information/Misdemeanor filed ☐ Sealed Information filed

☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed

☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed

☐ ...... Plea Agreement Ltr filed ☐under seal   to be e-filed

☐ ......Plea of ☐ not guilty ☐ guilty ☐nolo contendere to count(s)_____ of the _____

☐ ...... Petition to Enter Guilty Plea filed   (indict, superseding indict, info)

☐ ...... Defendant motions due _____ ; Government responses due _____

☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order

☐ .......Hearing on Pending Motions scheduled for _____ at _____

☐ ...... Jury Selection set for _____ at _____

☐ ...... Remaining Count(s) to be dismissed at sentencing

☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report

☐ ...... Special Assessment of $_____ on count(s)_____. Total $_____ Due immediately   Pay at sentencing

☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Order of Detention filed

☐ ...... Deft ordered removed/committed to originating /another District of _____

☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed

☐ ...... Waiver of Rule 5 Hearing filed

☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT

☐ ...... Bond ☐ set at $_____ ☐reduced to $_____ ☐ Non-surety ☐ Surety ☐Personal Recognizance

☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐ ...... Defendant detained

☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____

☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

_____

_____

_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement