UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2013 DEC -9 P 4:17
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA :

v. : CASE NO. 3:13CR224(RNC)

EDWARD WAESCHE :

## CONSENT FORM

The defendant, EDWARD WAESCHE, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _____ 12/9/13

ATTORNEY FOR DEFENDANT: _____ 12/9/2013

UNITED STATES ATTORNEY
BY A.U.S.A.: _____ 12/9/13