UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:13CR00224 (RNC) |
| | : | |
| v. | : | |
| | : | |
| J. EDWARD WAESCHE IV | : | JANUARY 24, 2014 |

## **MOTION TO SEAL**

The defendant, J. Edward Waesche IV, respectfully requests that the attached Motion be sealed for the reasons set forth in the attached Motion.

        Respectfully submitted,

By:   /s/ James K. Filan
      James K. Filan (ct 15565)
      Filan LLC
      315 Post Road West
      Westport, CT 06880
      (203) 557-9159
      (203) 341-8560 fax
      jfilan@jamesfilan.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion to Seal was served by electronic mail on the following persons:

David Novick, Esq.
Assistant United States Attorney
157 Church Street
23rd Floor
New Haven, Connecticut 06510
David.Novick@usdoj.gov

Alonzo Hazel
United States Probation Officer
United States Courthouse
450 Main Street, Room 735
Hartford, CT 06103
alonzo_hazel@ctp.uscourts.gov

                                  /s/ James K. Filan
                                James K. Filan