UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:13CR00224 (RNC) |
| | : | |
| v. | : | |
| | : | |
| J. EDWARD WAESCHE IV | : | AUGUST 1, 2018 |

**MOTION FOR PERMISSION TO TRAVEL**

J. Edward Waesche IV, the defendant in the above captioned matter, moves through counsel for permission to travel out of the country with his wife to Bermuda on or around September 12, 2018 through on or around September 16, 2018.[1] In support of this motion, the undersigned states as follows:

1. On December 9, 2013, before United States Magistrate Judge Donna F. Martinez, the defendant entered a plea of guilty to a one count Information charging him with Conspiracy in violation of 18 U.S.C. § 371. The Court entered an Order accepting the Magistrate Judge's Findings on December 12, 2013.

2. At the time the plea was entered before Judge Martinez, the parties also entered into a cooperation agreement in which the defendant agreed to cooperate in connection with the prosecution in <u>United States v. Carpenter, et al.</u>, 3:13CR00226 (RNC).

---

[1] The exact arrangements have not been finalized because, although under the terms of his release international travel is allowed in certain circumstances, in the exercise of caution the undersigned wanted to file this motion seeking explicit permission to travel. If the motion is granted, the undersigned will provide full itinerary to the probation office once it is finalized. The trip is expected to be a surprise from Mrs. Waesche for Mr. Waesche's 60th birthday.

3. Since Mr. Waesche has cooperated with the Government and because the defendant in <u>United States v. Carpenter, et al.</u>, 3:13CR00226 (RNC), has not yet been sentenced, Mr. Waesche has not yet been sentenced.

4. At the time of his plea, Mr. Waesche was released on a $300,000 bond secured by his long-term personal residence and co-signed by his wife. Since his release in 2013, Mr. Waesche has complied with the terms of his release.

5. In view of the above, the undersigned respectfully requests that the motion to travel be granted.

6. The undersigned has communicated with Mr. Waesche's Pretrial Services Officer as well as counsel for the government and neither object to the granting of this motion.

WHEREFORE, Mr. Waesche respectfully requests that the Motion to Travel be granted.

Respectfully submitted,

By: /s/ James K. Filan
James K. Filan (ct 15565)
Filan LLC
315 Post Road West
Westport, CT  06880
(203) 557-9159
(203) 341-8560 fax
jfilan@jamesfilan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion to Travel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ James K. Filan
James K. Filan