UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:13CR00224 (RNC) |
| | : | |
| v. | : | |
| | : | |
| J. EDWARD WAESCHE IV | : | MAY 23, 2019 |

## **MOTION TO MODIFY SENTENCING SCHEDULING ORDER**

J. Edward Waesche IV, the defendant in the above captioned matter, moves through counsel to modify the sentencing scheduling order and disclosure dates to conform to the rescheduled sentencing date. In support of this motion, the undersigned states as follows:

1. On December 9, 2013, before United States Magistrate Judge Donna F. Martinez, Mr. Waesche entered a plea of guilty to a one count Information charging him with Conspiracy in violation of 18 U.S.C. § 371. The Court entered an Order accepting the Magistrate Judge's Findings on December 12, 2013.

2. On March 5, 2019, Mr. Waesche moved to continue sentencing and to modify the scheduling order and PSR disclosure dates, which was granted on March 7, 2019. Sentencing was scheduled for June 17, 2019.

3. On May 23, 2019, sentencing was rescheduled for July 9, 2019.

4. In view of the new sentencing date, counsel respectfully moves to amend the scheduling order and PSR disclosure dates such that the Second Disclosure of the PSR is due on June 21, 2019, Mr. Waesche's Memorandum in Aid of Sentencing is due on June 24, 2019, the Government's Response is due on July 1, 2019 and that any Reply by Mr. Waesche is due on July 5, 2019, with Sentencing to follow on July 9, 2019.

WHEREFORE, Mr. Waesche respectfully requests that the Motion to Modify the Scheduling Order be granted as set forth above.

Respectfully submitted,

By:    /s/ James K. Filan
     James K. Filan (ct 15565)
     Filan LLC
     315 Post Road West
     Westport, CT  06880
     (203) 557-9159
     (203) 341-8560 fax
     jfilan@jamesfilan.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Modify Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ James K. Filan
James K. Filan