UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13-cr-224 (RNC) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH EDWARD WAESCHE, IV | : | July 1, 2019 |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

Pursuant to Section 5K1.1 of the Sentencing Guidelines, the United States of America moves the Court to depart downward from the defendant's guidelines range as calculated in the Presentence Investigation Report because the defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed offenses. The grounds that support the granting of this motion are set forth in the Government's Sentencing Memorandum and Memorandum of Law in Support of its Motion for Downward Departure.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov


*/s/ David E. Novick*
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. In addition, a copy was sent by e-mail to the following persons:

                                    */s/ Neeraj N. Patel*
                                    Neeraj N. Patel
                                    Assistant United States Attorney