# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:13-cr-224 (RNC) |
| VS. | : | |
| JOSEPH EDWARD WAESCHE, IV | : | May 28, 2021 |

## JOINT REQUEST TO DISBURSE FUNDS

The United States, by and through the undersigned Assistant United States Attorney, and the Defendant, Joseph Edward Waesche IV ("Waesche"), through counsel, hereby jointly request that the Clerk of this Court be directed to immediately release the funds that are currently held in the Registry. This request should be granted for the reasons set forth below.

1.  Waesche was sentenced by this Court on July 9, 2019, after entering a guilty plea to conspiracy to commit wire and mail fraud. The judgment included the imposition of restitution in the amount of $569,327.27, jointly and severally, and a special assessment of $100.00. *See* ECF Nos. 43, 44 and 50.

2.  Schedule B of the restitution order identified a property located at 8300 Glenfinnan Circle, For Myers, Florida (the "Property"), in which Waesche held a quarter interest.[1] *See* ECF No. 50. Waesche agreed that the proceeds from the sale of the Property, which was listed for sale at the time, would be applied to his restitution debt. Pursuant to the terms of Schedule B, if the Property did not sell by December 31, 2019, the Parties would discuss liquidation of the Property. *Id*.

---

[1] Schedule B to the Restitution Order states that Waesche owned a 50% interest in the Property, but the Government later discovered that Waesche's interest was 25%.

1

3. Since the Fall of 2019, the Parties have been engaged in several discussions regarding Waesche's ability to pay and his efforts to liquidate the Property.

4. On May 3, 2021, after several years on the market, the Property sold for $450,000.00.

5. Upon completion of the sale, a check for $91,835.19, representing Waesche's 25% portion of the net sale proceeds, was sent to the United States District Court Clerk's Office, and is currently being held by the Clerk.

6. The parties have agreed that $10,000.00 of the $91,835.19 should be disbursed to Attorney Filan for past due legal fees. The parties further agreed that the remainder should be applied to Waesche's restitution debt.

7. Thus, the Parties now jointly request that the Clerk be directed to immediately release all net proceeds from the sale of the Property. The Parties further request that the amount of $81,835.19 be immediately applied to Waesche's restitution obligation and distributed to the victims. The remaining balance of $10,000.00 from the funds being held should be disbursed to Attorney Filan by sending a check made payable to Filan, LLC and mailing the check to the attention of James Filan, Esq., 315 Post Road West, Westport, Connecticut, 06880.

Based upon the foregoing reasons, and in the interest of justice, the Parties jointly request that this motion be granted.

For the United States of America

_____
Tracy T. Opoku
Assistant United States Attorney
157 Church Street, 25th Floor
New Haven, Connecticut  06510
Telephone No. 203-821-3806
Email: Tracy.Opoku@usdoj.gov
Federal No. CT 30854

For the Defendant:

_____
James Filan, Esq.
315 Post Road West
Westport, CT  06880
Telephone No. (203) 557-9159
Email: jfilan@jamesfilan.com
Federal No. CT15565

Certification

I hereby certify that a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney